for leave to appeal to Court of Appeals granted. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Estate of NICHOLAS J. HARDIKER, Deceased.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Application of OLIN JOHNSON and Others for the Construction of the Last Will and Testament of SARAH A. WAKE, Deceased.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

ALLEN STAPLEY, Respondent, v. ARTHUR ALDRICH, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

HILDA STAPLEY, Respondent, v. ARTHUR ALDRICH, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

MINERVA SAUERBIER, as Administratrix, etc., of DEVILLO SAUERBIER, Deceased, Respondent, v. ELMER ZEH and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

PEOPLE'S STATE BANK OF EAST RANDOLPH, Respondent, v. WILLIAM P. HALE, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

MARY C. MCNAMARA, Appellant, v. NEW YORK STATE RAILWAYS, Defendant. METROPOLITAN CASUALTY INSURANCE COMPANY OF NEW YORK, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

CLAUDE T. FOX, Plaintiff, v. WESTERN NEW YORK MOTOR LINES, Respondent, and WILLIAM H. HARLOFF, Appellant.— Motion granted requiring defendant Harloff to answer within ten days after service of order of reversal and trial of action stayed in the meantime. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

FRANK O. HANSON, Respondent, v. ROBERT F. SCHELLING, Appellant.—Appeal dismissed upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of Proving the Lost or Destroyed Will of ANDREAS GOTTLIEB BERNER, Deceased.—Appeal from order of June 6, 1930, dismissed, without costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

ANNA CONIGLIO, as Administratrix, etc., of FRANCISCO CONIGLIO, Deceased, Respondent, v. CHARLES W. BINGHAM, Appellant.—Appeal dismissed unless appellant shall file and serve printed papers and briefs by August fifteenth. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Petition of JOHN E. CLARK to Compel ARTHUR C. KLINE, as Administrator, etc., of CHARLES L. CLARK, Deceased, to Render and Settle His Accounts as Administrator.— Appeal dismissed unless appellant shall file